IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTHONY NOLL,

          Plaintiff,

    v.

WELTMAN WEINBERG & REIS CO. LPA
and U.S. BANK NATIONAL ASSOCIATION ND,

          Defendants.

ORDER

13-cv-551-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 27th day of August, 2013.

          BY THE COURT:

          /s/

          _____
          WILLIAM M. CONLEY
          District Judge